**Schedule A**

| Defendant 1 | |
|---|---|
| Seller | ZIXUAN STORE |
| Amazon Seller ID | A2HKU4DP52ST9D |
| Business Name Provided to Platform | HK ZIXUAN TRADE LIMITED |
| Address Uncovered During Investigation | RM 20 UNIT B3, 07/FL TUEN MUNIND CTR NO. 2 SAN PINGCIRCUIT<br>TUEN MUN<br>HONG KONG<br>999077<br>HK |
| Seller URL | https://www.amazon.com/sp?ie=UTF8&seller=A2HKU4DP52ST9D&asin=B0F94JWYQX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ASINs | Product 1 Asins:<br>1. B0F94H1NNT<br>2. B0F94HHVLC<br>3. B0F94GYNJ6<br>4. B0F94K8SSN<br>5. B0F94JWYQX<br>6. B0F94HY1CX |
| Infringing Product URL | Product 1 URL: https://www.amazon.com/ENZOLVE-Ultra-Soft-Lightweight-Airplane-Essentials/dp/B0F94JWYQX |